In the Matter of the Application of WILLIAM RUSK,
  Appellant, for a Writ of Certiorari against THE PUB-
  LIC SERVICE COMMISSION OF THE STATE OF NEW YORK,
  SECOND DISTRICT, Respondent.

*Matter of Rusk*, 164 App. Div. 917, affirmed.
(Argued January 4, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
October 6, 1914, which reversed an order of Special Term
granting a motion for a writ of certiorari to review a
determination of the public service commission, second
district, in a proceeding to abolish a grade crossing.

*A. S. Embler* for appellant.

*Ledyard P. Hale* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.